

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00279-CR
### No. 10-11-00280-CR
### No. 10-11-00281-CR
### No. 10-11-00282-CR

**RUSSELL WADE EASON,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court Nos. 2011-411-C2, 2011-412-C2,
### 2011-413-C2, and 2011-443-C2

## MEMORANDUM  OPINION

Russell Wade Eason appeals a conviction for unlawful possession of a firearm by a felon, two convictions for burglary of a habitation, and a conviction for theft over $20,000 but less than $100,000.  By letter dated July 27, 2011, the Clerk of this Court notified Eason that his appeals were subject to dismissal because the trial court's certificate of right of appeal that Eason signed in each underlying criminal case

indicated that the underlying criminal cases were plea bargain cases and that Eason had no right to appeal and waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). The Clerk also warned Eason that the appeals would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeals. *See* TEX. R. APP. P. 44.3. We received a response from Eason; however, it does not provide grounds for continuing the appeal.

Accordingly, these appeals are dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeals dismissed
Opinion delivered and filed August 10, 2011
Do not publish
[CR25]